442 A.2d 353

Courier Building Company, etc. v. Florence PTG,
etc., Appellant.

 Argued May 20, 1981. Nicholas F. Lorenzo, Jr.,
for appellant; Ervin S. Fennell, for appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or
decision of this case.